**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Plaintiff*, | : |
| and | : |
| STATE OF OHIO, | : Case No. 1:22-cv-601 |
| *Intervenor*, | : Judge Jeffery P. Hopkins |
| v. | : |
| R&L CARRIERS, INC., *et al.*, | : |
| *Defendants*. | : |

**ORDER GRANTING STATE OF OHIO'S MOTION TO INTERVENE**

This matter is before the Court on the Motion to Intervene filed by the State of Ohio (Doc. 8) (the "Motion"). Defendants do not oppose the Motion, and in fact, filed a response recognizing that the State has an unconditional right to intervene under Federal Rule of Civil Procedure 24(a)(1). Doc. 10. Plaintiff has not objected to intervention.

Accordingly, the Motion is **GRANTED**, and the State of Ohio is given leave to file its proposed Complaint (Doc. 9-1).

**IT IS SO ORDERED.**

Dated: August 11, 2023

Hon. Jeffery P. Hopkins
United States District Judge