# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| State of West Virginia, et al.,<br><br>Plaintiffs,<br><br>and<br><br>Cass County Farm Bureau, et al.,<br><br>Intervenor-Plaintiffs,<br><br>vs.<br><br>United States Environmental Protection Agency, et al.,<br><br>Defendants,<br><br>and<br><br>Chickaloon Village Traditional Council, et al.,<br><br>Intervenor-Defendants. | **ORDER GRANTING DEFENDANTS' MOTION FOR STAY**<br><br>Case No. 3:23-cv-032 |

Before the Court is the Defendants' motion for stay. See Doc. No. 250. The State Plaintiffs oppose the motion. See Doc. No. 253. The Business Intervenors and the Tribal Intervenors take no position on the motion. The Court has carefully reviewed the motion and the entire record and finds the Defendants have demonstrated good cause for the grant of a stay.

Accordingly, the Defendants' motion for stay (Doc. No. 250) is **GRANTED**. The Court **ORDERS** as follows:

(1) This case is stayed until further order of the Court;

(2) The Defendants shall file status reports every 60 days during the duration of the stay.

**IT IS SO ORDERED.**

Dated this 18th day of February, 2025.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court