**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA, et al.

Plaintiffs,

vs.

R&L CARRIERS, INC., et al.

Defendants.

Civil Action No. 1:22-cv-00601-JPH

Judge Jeffrey P. Hopkins

This matter is before the Court on the Motion of Defendants R&L Carriers, Inc., RLR Investments, LLC, and Greenwood Motor Lines, Inc. d/b/a R+L Carriers (collectively, "R&L") to stay proceedings (the "Motion"). Upon consideration, IT IS HEREBY ORDERED THAT the Motion is **GRANTED**.

Date:_______________

_______________________________________
Judge Jeffery P. Hopkins