**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>STATE OF OHIO,<br><br>Intervenor,<br><br>v.<br><br>R&L CARRIERS, INC.;<br>R.L.R. INVESTMENTS, LLC; and<br>GREENWOOD MOTOR LINES, INC.,<br>d/b/a R+L CARRIERS,<br><br>Defendants. | Civil Action No. 1:22-cv-00601-JPH<br><br>Judge Jeffrey P. Hopkins |

**PLAINTIFFS' JOINT RESPONSE TO DEFENDANTS' MOTION TO STAY**

The United States and the State of Ohio ("Plaintiffs") jointly respond to Defendants' Motion to stay these proceedings. ECF No. 45. On March 12, Plaintiffs consulted with Defendants[1] about their Motion. Given the recent administration change in the federal government and corresponding need to ensure that decisionmakers are in place and fully briefed on relevant issues, Plaintiffs are willing to agree to a stay of 60 days.[2] Plaintiffs do not believe that an unlimited stay, which Defendants' Motion appeared to request, is necessary or prudent for judicial economy. *See McCain v. Jackson*, No. 1:19-cv-234, 2019 U.S. Dist. LEXIS 251485, at *2 (S.D. Ohio Oct. 9,

[1] This was the first time the parties consulted regarding a stay, as Defendants filed their motion without consulting with Plaintiffs.

[2] On March 12, 2025, U.S. Environmental Protection Agency Administrator Lee Zeldin announced that EPA will solicit stakeholder feedback regarding the definition of "waters of the United States" consistent with the Supreme Court's decision in *Sackett v. EPA*, 598 U.S. 651 (2023). EPA also issued guidance relating to jurisdictional wetlands under the Clean Water Act. EPA did not rescind the 2023 rule. *See* www.epa.gov/WOTUS.

2019) ("a stay for an indefinite period runs counter to the interests of the public, the parties, and this Court"). A stay of 60 days should be sufficient for the necessary transition and briefing activities. If additional time proves necessary, the parties can request an extension of the stay.

Moreover, to avoid further delay, Plaintiffs believe that during the stay the parties should still meet and confer under Federal Rule of Civil Procedure 26(f) and prepare necessary electronic discovery protocols and a case management plan to submit to this Court upon expiration of the stay. Finally, Plaintiffs make no representations here about the merits of Defendants' arguments and reserve the right to address them in the future.

For these reasons, Plaintiffs do not oppose a stay but respectfully request that, if the Court grants Defendants' Motion, it limit any such stay to 60 days and continue to require the parties to meet and confer under Rule 26(f).

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/ Bonnie Cosgrove*
BONNIE COSGROVE
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
450 Golden Gate Ave., Ste. 07-6714
San Francisco, CA 94102
bonnie.cosgrove@usdoj.gov

KELLY A. NORRIS
Acting United States Attorney
Southern District of Ohio

BRANDI M. STEWART
MATTHEW J. HORWITZ
Assistant United States Attorneys

221 E. Fourth Street, Suite 400
Cincinnati, OH 45223
matthew.horowitz@usdog.gov
brandi.stewart@usdoj.gov

Of Counsel:
Nicole Wood
Associate Regional Counsel
United States EPA, Region 5
Chicago, IL 60604

*Attorneys for Plaintiff United States of America*

DAVE YOST
Ohio Attorney General

/s/ Amber Wootton Hertlein
AMBER WOOTTON HERTLEIN (0083858)
EYTHAN J. GREGORY (0098891)
Assistant Attorneys General
Environmental Enforcement
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Phone: 614-466-8746
Amber.Hertlein@OhioAGO.gov
Eythan.Gregory@OhioAGO.gov

*Attorneys for Plaintiff State of Ohio*

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed a copy of the foregoing Plaintiffs' Joint Response to Defendants' Motion To Stay with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties in the case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Bonnie Cosgrove*
Bonnie Cosgrove
*Trial Attorney*
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice