**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, et al., | : | |
| | : | |
| | : | Case No. 1:22-cv-601 |
| *Plaintiffs,* | : | |
| | : | Judge Jeffery P. Hopkins |
| v. | : | |
| | : | |
| **R&L CARRIERS, INC.**, et al., | : | |
| | : | |
| *Defendants.* | : | |

---

**ORDER**

---

This matter is before the Court on Defendant's Motion to Stay (Doc. 45). Defendants seek an indefinite stay of this action in order for "the incoming [U.S. Environmental Protection Agency] administration [to] familiarize themselves with the issues presented in this case before the parties commence costly discovery and motion briefing." *Id.* at PageID 440. Plaintiffs agree that a stay is appropriate but request that it be limited to 60 days. Doc. 46, PageID 455. Plaintiffs also request that the parties continue to meet and confer under Federal Rule of Civil Procedure 26(f) during the stay.

Factors typically relevant to this Court's decision as to whether to grant a stay include: "(1) the need for a stay; (2) the stage of the litigation; (3) whether the non-moving party will be unduly prejudiced or tactically disadvantaged; (4) whether a stay will simplify the issues; and (5) whether the burden of litigation will be reduced for both the parties and the court." *Kirby Devs., LLC v. XPO Glob. Forwarding, Inc.*, No. 2:18 cv-500, 2018 WL 6075071 at *2 (S.D. Ohio Nov. 20, 2018).

Having carefully considered these factors, the Court concludes that a stay of 60 days—a stay to which neither party objects—is appropriate to "ensure that [U.S. EPA] decisionmakers are in place and fully briefed on relevant issues." Doc. 46, PageID 455. Because the purpose of the stay is to hold proceedings in this case in abeyance while the EPA assesses its position, the Court agrees with Defendants that the parties are not obliged to conduct a Rule 26(f) conference during the duration of the stay. The parties are nonetheless encouraged to engage in dialogue as to how to efficiently manage the case, *see* Doc. 48, PageID 461–62, during the stay.

For these reasons, Defendant's Motion to Stay (Doc. 45) is **GRANTED IN PART**. This matter is hereby stayed for **SIXTY (60) DAYS** from the date of this order. Should either party desire that the stay be extended, it may request such an extension from the Court.

 **IT IS SO ORDERED.**

April 3, 2025

Jeffery P. Hopkins
United States District Judge