# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA, et al.

   Plaintiffs,

  vs.

R&L CARRIERS, INC., et al.

   Defendants.

Civil Action No. 1:22-cv-00601-JPH

Judge Jeffery P. Hopkins

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY

This matter is before the Court on the Unopposed Motion to Extend Stay by Defendants R&L Carriers, Inc., RLR Investments, LLC and Greenwood Motor Lines, Inc. d/b/a R+L Carriers (collectively, "R&L"). Upon consideration, IT IS HEREBY ORDERED THAT the Unopposed Motion to Extend Stay is granted and hereby extended 60 days from the date of this Order.

IT IS SO ORDERED.

Dated: October 1, 2025

Judge Jeffery P. Hopkins