**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>STATE OF OHIO,<br><br>Intervenor,<br><br>v.<br><br>R&L CARRIERS, INC.;<br>R.L.R. INVESTMENTS, LLC; and<br>GREENWOOD MOTOR LINES, INC.,<br>d/b/a R+L CARRIERS,<br><br>Defendants. | Civil Action No. 1:22-cv-00601-JPH<br><br>Judge Jeffrey P. Hopkins |

**PLAINTIFF UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO EXTEND STAY**

The United States does not oppose the Defendants' Amended Motion to Extend Stay (the "Motion") of proceedings in this case (ECF No. 62) for an additional 60 days from March 26, 2026, through May 26.[1] The United States takes no position on the substantive issues presented by the Defendants in their Motion, but reserves the right to challenge the merits of the Motion at a later date. In December 2025, the parties recommenced discussions on the possibility of settlement

[1] Because the sixtieth day following the prior stay in proceedings lands on the Memorial Day holiday, the United States asks that Defendants' proposed new stay, if granted, be extended until the following day, May 26.

and these discussions are continuing.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Steven D. Ellis
STEVEN D. ELLIS (Colo. Bar No. 12255)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 532-3371
Email: steven.ellis@usdoj.gov

DOMINICK. S. GARACE II
United States Attorney
Southern District of Ohio

BRANDI M. STEWART
Civil Chief
MATTHEW J. HORWITZ (Bar No. 0082381)
Assistant United States Attorney
221 E. Fourth Street, Suite 400
Cincinnati, OH 45223
brandi.stewart@usdoj.gov
matthew.horowitz@usdog.gov

Of Counsel:
Nicole Wood
Associate Regional Counsel
United States EPA, Region 5
Chicago, IL 60604

Kelly Brantner
Water Enforcement Division
Office of Enforcement and Compliance
Assurance
United States EPA
1200 Pennsylvania Ave, NW
Washington, DC 20460
*Attorneys for Plaintiff United States of America*

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed a copy of the foregoing Plaintiffs United States' Response to Defendants' Motion To Extend Stay with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties in the case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven D. Ellis
Steven D. Ellis
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice